IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 JUL 20  A 9: 32

LUMBERMAN'S UNDERWRITING　　*
ALLIANCE and CAMBRIDGE　　　*
INTEGRATED SERVICES GROUP, INC.　*
as Subrogees of TRANSPORT LEASING/　*
CONTRACT, INC.; HANSEN & ADKINS　*
AUTO TRANSPORT,　　　　　　*
　　　　　　　　　　　　*
　　Plaintiffs,　　　　　　　*
　　　　　　　　　　　　*
vs.　　　　　　　　　　　*　　Case No. 2006- 3: O6cv645 -
　　　　　　　　　　　　*
EMORY LEE YOUNG　　　　　*　　Formerly Russell County Circuit
an individual,　　　　　　　*　　Court Case No: CV-06-224
　　　　　　　　　　　　*
　　Defendants.　　　　　　*

TO:　THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE
　　MIDDLE DISTRICT OF ALABAMA

## NOTICE OF REMOVAL

COMES NOW Defendant Emory Lee Young ("Young"), and gives notice of removal of the above-styled action from the Circuit Court of Russell County, Alabama to the United States District Court for the Middle District of Alabama, Eastern Division. As grounds for the removal of this action, the Defendant avers the following:

1.　　On or about June 22, 2006, an action was commenced against Emory Lee Young in the Circuit Court of Russell County, Alabama, styled *Lumberman's Underwriting Alliance and Cambridge Integrated Services Group, Inc. as Subrogees of Transport Leasing/Contract Inc.; Hansen & Adkins Auto Transport vs. Emory Lee Young*, Civil Action No: CV-06-224. Emory Lee Young was served with the complaint on or about June 28, 2006 by certified mail. (*See* case action summary, attached as Exh. "A").

2.      The summons and complaint are the only process, pleadings or order served upon the Defendant in the state court case, and are attached hereto as Exhibit "B".

3.      This notice of removal is timely filed within thirty (30) days of said service of process, pursuant to 28 U.S.C. § 1446(b).

4.      The above described action is a civil action of which this Court has original jurisdiction under the provisions of Title 28, United States Code, § 1332, on the grounds of diversity of citizenship and which may be removed to this Court by the Defendant herein pursuant to the provisions of Title 28, United States Code, § 1441, as amended. The complaint alleges Defendant Young negligently caused injury to James John, the Plaintiffs (John's employers and their subrogees) expended $141,424.05 related to Mr. John's injuries, and that Defendant Emory Lee Young is liable for the amounts paid.

5.      The Plaintiffs' claim clearly exceeds seventy-five thousand dollars ($75,000), exclusive of costs and interest. The Complaint claims damages in the amount of $141,424.05. (*See* Exh. "B").

6.      Diversity of citizenship exists between Plaintiffs and Defendant. The Complaint alleges that Plaintiff Lumberman's Underwriting Alliance ("LUA") is a Missouri corporation, that Plaintiff Cambridge Integrated Services Group, Inc. ("Cambridge") is a Pennsylvania corporation, and that Transport Leasing/Contract, Inc. ("TLC") is an Indiana corporation. The complaint does not specify the state of incorporation for Plaintiff Hansen & Adkins Auto Transport ("HAAT"), but alleges that HAAT is "a Duval County, Florida-based company based out of Los Angeles, California." (*See* Exh. "B", p.2). The Complaint alleges, correctly, that the Defendant Young is a resident of Muscogee County, Georgia. In summary, diversity of

citizenship exists because the Plaintiffs are, respectively, Missouri, Pennsylvania, Indiana and Florida (or California) companies, while Defendant Young is a Georgia resident.

7.    Notice of the Defendants' removal of the above-styled action has been given to the Clerk of the Circuit Court of Russell County, Alabama and to all adverse parties, as required by 28 U.S.C. § 1446(d).  (*See* Notice of Filing Notice of Removal, attached as Exhibit "C").

WHEREFORE, Defendant Emory Lee Young has removed this action from the Circuit Court of Russell County, Alabama, to the United States District Court for the Middle District of Alabama, Eastern Division.

Respectfully submitted this the ___15th___ day of July, 2006.

_____
Joshua J. Jackson (JAC072)
Christopher J. Hughes (HUG031)
Attorneys for Defendant Emory Lee Young

OF COUNSEL:
SAMFORD & DENSON, LLP
P.O. Box 2345
Opelika, AL  36803-2345
Telephone (334) 745-3504
Facsimile (334) 745-3506
jackson@samfordlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been served on all of the Parties and Attorneys of record in the above-styled cause by First Class United States Mail, postage prepaid, on this the __18__ day of July, 2006.


Michael S. Jackson
Ryan Wesley Shaw
Beers, Anderson, Jackson, Patty & Van Heest, P.C.
P.O. Box 1988
Montgomery, AL  36102-1988

_____
OF COUNSEL

# EXHIBIT "A"

# ALABAMA SJIS CASE DETAIL



**Company Name: SAMFORD & DENSON, LLP**          **PREPARED FOR: JOSHUA J. JACKSON**



County: **57**     Case Number: **CV 2006 000224 00**     Court Action:

Style: **LUMBERMAN'S UNDERWRITING ALLIANCE ET AL  VS  EMORY LEE YOUNG**

## Case

### Case Information

| | |
|---|---|
| County: | **57 - RUSSELL** |
| Case Number: | **CV 2006 000224 00** |
| JID: | **ALJ ALBERT L JOHNSON** |
| Trial: | **B** |
| Style: | **LUMBERMAN'S UNDERWRITING ALLIANCE ET AL VS EMORY LEE YOUNG** |
| Filed: | **6/22/2006** |

### Case Type

| | |
|---|---|
| Code: | **TOMV** |
| Type: | **NEGLIGENCE MOTOR VEH** |
| Track | |
| Status: | **A** |
| Plaintiffs: | **003** |
| Defendants: | **001** |

### Court Action

| | |
|---|---|
| DJID: | |
| Court Action: | |
| Judgment For: | |
| Trial days: | **0** |
| Lien: | **0** |

### Damages

| | |
|---|---|
| Amount: | **$141424.05** |
| Compensatory: | **$0.00** |
| Punitive: | **$0.00** |
| General: | **$0.00** |
| None: | |

### DHR

| | | | |
|---|---|---|---|
| DHR: | | ADC: | UIFSA: |
| Flag: | | Orign: | DNA: |
| Dissolution: | Custody: | LEGSEP: | MOD:          ANNUL: |
| PROTORD: | TRO: | SUPPORT: | Paternity:     IWO: |
| GARN: | Arrearage: | Contempt: | Alimony: |

### Other Actions

| | | |
|---|---|---|
| Con Date: | Cont #: | Why: |
| RevJmt: | Admin Date: | Why: |
| Appeal Date: | Court: | Case: |
| Mistrial: | | |
| TBNV2: | DSDT: | DTYP: |

### Comments

Comment 1:
Comment 2:

## Settings

### Court Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | | | | - |
| 2: | | | | - |
| 3: | | | | - |
| 4: | | | | - |

## PARTY 1 - C 001 - LUMBERMAN'S UNDERWRITING ALL

### Party Information

| Party: | C 001 | Name: | **LUMBERMAN'S UNDERWRITING ALL** | Type: | **B Business** |
|---|---|---|---|---|---|



| Index: | Y | Alt Name: | **TRANSPORT LEASING/CONTRACT I** | | JID: | **ALJ** |
|---|---|---|---|---|---|---|
| SSN: | | DOB: | | Sex: | | Race: |
| Address 1: | **AS SUBROGEE OF TRANSPORT** | | Address 2: | **LEASING/CONTRACT INC** | | |
| Phone: | 334 | City: | | State: **AL** | Zip: **00000-0000** | Country: **US** |

### Attorneys

| | | | | | |
|---|---|---|---|---|---|
| Attorney 1: | **JAC015** | Name: | **JACKSON MICHEAL S** | City: **MONTGOMERY** | State: **AL** |
| Attorney 2: | **SHA071** | Name: | **SHAW RYAN WESLEY** | City: **MONTGOMERY** | State: **AL** |
| Attorney 3: | | Name: | | City: | State: |
| Attorney 4: | | Name: | | City: | State: |
| Attorney 5: | | Name: | | City: | State: |
| Attorney 6: | | Name: | | City: | State: |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | Type: | Reissue: | | Type: | |
| Return: | Type: | Return: | | Type: | |
| Service: | Type: | Service On: | | By: | |
| Answer: | Type: | NS not: | | NA not: | |
| Warrant | Type: | Arrest: | | | |

### Court Action

| | | | |
|---|---|---|---|
| CACT: | Date: | For | Exempt: |
| Amount: **$0.00** | Cost: **$0.00** | Other: **$0.00** | Satisfied: |
| Comment: | | | |

**PARTY 2   C 002   CAMBRIDGE INTERGRATED SERICE**

### Party Information

| Party: | **C 002** | Name: | **CAMBRIDGE INTERGRATED SERICE** | | Type: | **B Business** |
|---|---|---|---|---|---|---|
| Index: | Y | Alt Name: | **TRANSPORT LEASING/CONTRACT I** | | JID: | **ALJ** |
| SSN: | | DOB: | | Sex: | | Race: |
| Address 1: | **SUBROGEE OF TRANSPORT** | | Address 2: | **LEASING/CONTRACT INC** | | |
| Phone: | 334 | City: | | State: **AL** | Zip: **00000-0000** | Country: **US** |

### Attorneys

| | | | | | |
|---|---|---|---|---|---|
| Attorney 1: | **JAC015** | Name: | **JACKSON MICHEAL S** | City: **MONTGOMERY** | State: **AL** |
| Attorney 2: | **SHA071** | Name: | **SHAW RYAN WESLEY** | City: **MONTGOMERY** | State: **AL** |
| Attorney 3: | | Name: | | City: | State: |
| Attorney 4: | | Name: | | City: | State: |
| Attorney 5: | | Name: | | City: | State: |
| Attorney 6: | | Name: | | City: | State: |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | Type: | Reissue: | | Type: | |
| Return: | Type: | Return: | | Type: | |
| Service: | Type: | Service On: | | By: | |
| Answer: | Type: | NS not: | | NA not: | |
| Warrant | Type: | Arrest: | | | |

### Court Action

| | | | |
|---|---|---|---|
| CACT: | Date: | For | Exempt: |
| Amount: **$0.00** | Cost: **$0.00** | Other: **$0.00** | Satisfied: |
| Comment: | | | |

## Party 3 - C 003 - HANSEN & ADKINS AUTO TRANSPO

### Party Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Party: | C 003 | Name: | HANSEN & ADKINS AUTO TRANSPO | | | | Type: | B Business |
| Index: | Y | Alt Name: | | | | | JID: | ALJ |
| SSN: | | DOB: | | Sex: | | | Race: | |
| Address 1: | | | | Address 2: | | | | |
| Phone: | 334 | City: | | State: | AL | Zip: | 00000-0000 | Country: US |

### Attorneys

| | | | | | | |
|---|---|---|---|---|---|---|
| Attorney 1: | JAC015 | Name: | JACKSON MICHEAL S | City: | MONTGOMERY | State: AL |
| Attorney 2: | SHA071 | Name: | SHAW RYAN WESLEY | City: | MONTGOMERY | State: AL |
| Attorney 3: | | Name: | | City: | | State: |
| Attorney 4: | | Name: | | City: | | State: |
| Attorney 5: | | Name: | | City: | | State: |
| Attorney 6: | | Name: | | City: | | State: |

### Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | Type: | Reissue: | | Type: |
| Return: | Type: | Return: | | Type: |
| Service: | Type: | Service On: | | By: |
| Answer: | Type: | NS not: | | NA not: |
| Warrant | Type: | Arrest: | | |

### Court Action

| | | | | | | |
|---|---|---|---|---|---|---|
| CACT: | | Date: | | For: | | Exempt: |
| Amount: | $0.00 | Cost: | $0.00 | Other: | $0.00 | Satisfied: |
| Comment: | | | | | | |

## Party 4 - D 001 - YOUNG EMORY LEE

### Party Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Party: | D 001 | Name: | YOUNG EMORY LEE | | | | Type: | I Individual |
| Index: | Y | Alt Name: | | | | | JID: | ALJ |
| SSN: | | DOB: | | Sex: | | | Race: | |
| Address 1: | 4327 TROY CT. | | | Address 2: | | | | |
| Phone: | 334 | City: | COLUMBUS | State: | GA | Zip: | 31907-6247 | Country: US |

### Attorneys

| | | | | | | |
|---|---|---|---|---|---|---|
| Attorney 1: | JAC015 | Name: | JACKSON MICHEAL S | City: | MONTGOMERY | State: AL |
| Attorney 2: | SHA071 | Name: | SHAW RYAN WESLEY | City: | MONTGOMERY | State: AL |
| Attorney 3: | | Name: | | City: | | State: |
| Attorney 4: | | Name: | | City: | | State: |
| Attorney 5: | | Name: | | City: | | State: |
| Attorney 6: | | Name: | | City: | | State: |

### Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | Type: | Reissue: | | Type: |
| Return: | Type: | Return: | | Type: |
| Service: | Type: | Service On: | | By: |
| Answer: | Type: | NS not: | | NA not: |
| Warrant | Type: | Arrest: | | |

## Court Action

| | | | |
|---|---|---|---|
| CACT: | Date: | For: | Exempt: |
| Amount: $0.00 | Cost: $0.00 | Other: $0.00 | Satisfied: |
| Comment: | | | |

### Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 06/22/2006 | 2:45:15 | ASSJ | ASSIGNED TO JUDGE: ALBERT L. JOHNSON     (AV01) | ANL |
| 06/22/2006 | 2:45:16 | TDMN | BENCH/NON-JURY TRIAL REQUESTED     (AV01) | ANL |
| 06/22/2006 | 2:46:05 | PART | LUMBERMAN'S UNDERWRITING ALLIANCE ADDED AS C001 | ANL |
| 06/22/2006 | 2:46:06 | ATTY | LISTED AS ATTORNEY FOR C001: JACKSON MICHEAL S | ANL |
| 06/22/2006 | 2:46:07 | ATTY | LISTED AS ATTORNEY FOR C001: SHAW RYAN WESLEY | ANL |
| 06/22/2006 | 2:49:02 | PART | CAMBRIDGE INTERGRATED SERICES GROUP ADDED AS C002 | ANL |
| 06/22/2006 | 2:49:03 | ATTY | LISTED AS ATTORNEY FOR C002: JACKSON MICHEAL S | ANL |
| 06/22/2006 | 2:49:04 | ATTY | LISTED AS ATTORNEY FOR C002: SHAW RYAN WESLEY | ANL |
| 06/22/2006 | 2:50:25 | PART | HANSEN & ADKINS AUTO TRANSPORT ADDED AS C003(AV02) | ANL |
| 06/22/2006 | 2:50:26 | ATTY | LISTED AS ATTORNEY FOR C003: JACKSON MICHEAL S | ANL |
| 06/22/2006 | 2:50:27 | ATTY | LISTED AS ATTORNEY FOR C003: SHAW RYAN WESLEY | ANL |
| 06/22/2006 | 2:51:44 | PART | YOUNG EMORY LEE ADDED AS D001     (AV02) | ANL |
| 06/22/2006 | 2:52:07 | TEXT | COMPLAINT | ANL |
| 06/22/2006 | 2:52:42 | TEXT | NOTE:  COVER SHEET NOT PROVIDED; CALL BRANDY AT | ANL |
| 06/22/2006 | 2:52:43 | TEXT | ATTY'S OFFICE; SHE WILL SEND TODAY | ANL |
| 06/22/2006 | 2:54:30 | SUMM | SUMMONS ISSUED ON 06/22/2006 FOR D001 | ANL |
| 07/03/2006 | 9:56:06 | SERC | D001 SERVED CERTIFIED MAIL ON 06/28/2006 | ANL |

 **END OF THE REPORT**

# EXHIBIT "B"

*Cossin # (136.56.26)-C9696-2 2-72.09*   **1540**



AVSO300                          ALABAMA JUDICIAL DATA CENTER
                                 RUSSELL        COUNTY

                                      SUMMONS

                                               CV 2006 000224.00
                                               ALBERT L. JOHNSON

|------------------------------------------------------------------------------|
|                                                                              |
|              IN THE CIRCUIT  COURT OF  RUSSELL        COUNTY                  |
|                                                                              |
|  LUMBERMAN'S UNDERWRITING ALLIANCE ET AL   VS   EMORY LEE YOUNG              |
|                                                                              |
|       SERVE ON: (D001)                                                       |
|                                                                              |
|                                              PLAINTIFF`S ATTORNEY            |
|                                                                              |
|      YOUNG EMORY LEE                         JACKSON MICHEAL S               |
|      4327 TROY CT.                           P O BOX 1988                    |
|                                                                              |
|      COLUMBUS       ,GA   31907-6247         MONTGOMERY     ,AL  36102-0000  |
|------------------------------------------------------------------------------|
|                                                                              |
|  TO THE ABOVE NAMED DEFENDANT:                                               |
|                                                                              |
|   THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST  |
|  TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE      |
|  REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER         |
|  ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS     |
|  ATTORNEY(S) SHOWN ABOVE OR ATTACHED:                                        |
|                                                                              |
|   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS  |
|  AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE        |
|  ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.|
|  YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.        |
|                                                                              |
|------------------------------------------------------------------------------|
|                                                                              |
|  ( )    TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR |
|         4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:      |
|         YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE     |
|         COMPLAINT IN THIS ACTION UPON DEFENDANT.                             |
|                                                                              |
|  (Ø)    THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE |
|         WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) |
|         OF THE ALABAMA RULES OF CIVIL PROCEDURE.                             |
|                                                                              |
|   DATE: 06/22/2006                   CLERK:KATHY COULTER       BY: ___       |
|                                            PO BOX 518                        |
|                                            PHENIX CITY  AL   36868-0510      |
|                                            (334)298-0516                     |
|                                                                              |
|                                                                              |
|------------------------------------------------------------------------------|
|                                                                              |
|    RETURN ON SERVICE:                                                        |
|                                                                              |
|  ( )   CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____   |
|        (RETURN RECEIPT HERETO ATTACHED)                                      |
|                                                                              |
|  ( )   I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND       |
|                                                                              |
|        COMPLAINT TO _____          |
|                                                                              |
|        IN _____ COUNTY, ALABAMA ON (DATE) _____    |
|                                                                              |
| _____      _____   |
|  DATE                                      SERVER SIGNATURE                   |
|                                                                              |
| _____      _____   |
|  SERVER ADDRESS                            TYPE OF PROCESS SERVER             |
|                                                                              |
|------------------------------------------------------------------------------|
OPERATOR: ANL
PREPARED: 06/22/2006

*705 06 / 88*

## IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

LUMBERMAN'S UNDERWRITING )
ALLIANCE and CAMBRIDGE )
INTEGRATED SERVICES GROUP, )
INC., as Subrogees of TRANSPORT )
LEASING/CONTRACT INC.; )
HANSEN & ADKINS AUTO )
TRANSPORT, )
)
Plaintiffs, )
) CASE NO.: _CV-06-224_
vs. )
)
EMORY LEE YOUNG, )
an individual, )
)
Defendant. )
)

## COMPLAINT

**NOW COME** the Plaintiffs, Lumberman's Underwriting Alliance ("LUA") and Cambridge

Integrated Services Group, Inc.("Cambridge"), as Subrogees of Transport Leasing/Contract, Inc.,

("TLC") and Hansen & Adkins Auto Transport ("HAAT") and makes the following Complaint

against the Defendant.

## PARTIES

1)      LUA is, upon information and belief, a corporation incorporated under the laws of

the State of Missouri and qualified to do business in the State of Alabama.

2)      Cambridge is, upon information and belief, a corporation incorporated under the laws

of the State of Pennsylvania and qualified to do business in the State of Alabama.

3)      TLC is, upon information and belief, a corporation incorporated under the laws of the

State of Indiana and qualified to do business in the State of Alabama.

4)      HAAT is, upon information and belief, a Duval County, Florida-based company based out of Los Angeles County, California.

5)      Emory Lee Young ("Young") is a resident of Muscogee County, Georgia and over nineteen years of age.

6)      Young was insured by Geico at the time of the incident made the basis of this Complaint.

## FACTS

7)      Plaintiff relleges, reavers, and adopts by reference as if set out fully herein paragraphs 1-6 of the Complaint.

8)      On or about July 15, 2004, James John, ("John"), was driving a tractor trailer as an employee of TLC that had a lease contract with HAAT.

9)      While traveling through Russell County on US 80, John approached the intersection with Goble Road when an unidentified driver one vehicle ahead of him made a sudden left turn.

10)     This sudden left turn caused Louis Berry (the driver of the tractor trailer in front of John) to quickly apply his brakes.

11)     As Louis Berry's tractor trailer stopped, John, although following a safe distance behind Berry, began to fishtail and was unable to avoid contact with Berry's tractor trailer.

12)     John's vehicle was then struck from behind by Defendant Young's vehicle.

13)     Defendant Young's vehicle, after making contact with John's tractor trailer, was then struck from behind by a vehicle driven by Loni Anglin.

2

14)    As a result of Defendant Young's collision with the rear of John's tractor trailer, John was caused to suffer a fractured pelvis, contusions, and various other injuries associated with the violent impact.

15)    The insurance carriers for John's employers paid John's medical bills and other expenses related to the incident made the basis of this lawsuit totaling $141,424.05.

## COUNT ONE

### (Negligence)

16)    Plaintiff relleges, reavers, and adopts by reference as if set out fully herein paragraphs 1-15 of the Complaint.

17)    Defendant Young was negligent in the operation of his motor vehicle and as a result caused injury to John.

18)    Defendant Young had a duty to operate his vehicle in a safe manner, at a safe speed and distance behind John.

19)    Defendant Young breached this duty and thus, when the initial accident occurred, was unable to stop from colliding with and further injuring John.

20)    John was injured, in part or wholly, by the Defendant's negligence in the form of a fractured pelvis, contusions, and various other injuries associated with the incident made the basis of this lawsuit.

21)    Plaintiff expended $141.424.05 as a result of reasonable and necessary medical expenses as a result of the injury to John.

WHEREFORE, the Plaintiffs pray for judgment against the Defendants and in favor of the

3

Plaintiffs in the amount of $141,424.05.

## CONCLUSION

As a result of the Defendant Young's negligent operation of a motor vehicle, John was caused

to suffer injury and Plaintiffs HAAT and TLC to pay for John's medical and other related expenses.

The Plaintiff respectfully request a judgment against the Defendants in the amount of $141,424.05

**RESPECTFULLY SUBMITTED** this the 21st day of June, 2006.

**MICHEAL S. JACKSON [JAC015]**
**RYAN WESLEY SHAW [SHA071]**
**Attorneys for Plaintiffs**

**OF COUNSEL**:

BEERS, ANDERSON, JACKSON,
    PATTY & VAN HEEST, P.C.
250 Commerce Street
P.O. Box 1988
Montgomery, AL 36102-1988
Telephone:    334-834-5311
Facsimile:    334-834-5362

4

# EXHIBIT "C"

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

LUMBERMAN'S UNDERWRITING    *
ALLIANCE and CAMBRIDGE     *
INTEGRATED SERVICES GROUP, INC.   *
as Subrogees of TRANSPORT LEASING/   *
CONTRACT, INC.; HANSEN & ADKINS   *
AUTO TRANSPORT,      *
         *
   Plaintiffs,      *
         *    Case No. CV-2006-224
         *
vs.         *
         *
EMORY LEE YOUNG     *
an individual,       *
         *
   Defendants.     

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   Kathy S. Coulter       Michael S. Jackson
   Circuit Clerk        Ryan Wesley Shaw
   P.O. Box 518        P.O. Box 1988
   Phenix City, Alabama 36868-0518    Montgomery, AL 36102-1988

   Please take notice that Emory Lee Young, Defendant in this cause, has filed a notice of

removal to the United States District Court for the Middle District of Alabama, Eastern Division;

a copy of the notice of removal is attached to this notice.

   Done this the ___18th___ day of July, 2006.

            _____
            Joshua J. Jackson (JAC072)
            Christopher J. Hughes (HUG031)
            Attorneys for Defendant Emory Lee Young

OF COUNSEL:
SAMFORD & DENSON, LLP
P.O. Box 2345
Opelika, AL 36803-2345
Telephone (334) 745-3504
Facsimile (334) 745-3506
jackson@samfordlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been served on all of the Parties and Attorneys of record in the above-styled cause by First Class United States Mail, postage prepaid, on this the _18_ day of July, 2006.

Michael S. Jackson
Ryan Wesley Shaw
Beers, Anderson, Jackson, Patty & Van Heest, P.C.
P.O. Box 1988
Montgomery, AL  36102-1988

OF COUNSEL

- 2 -