IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE and CAMBRIDGE INTEGRATED SERVICES GROUP, INC. as Subrogees of TRANSPORT LEASING/ CONTRACT, INC.; HANSEN & ADKINS AUTO TRANSPORT, | * * * * * * * | |
| Plaintiffs, | * * | |
| vs. | * * | Case No. 3:06-CV-645-MEF |
| EMORY LEE YOUNG an individual, | * * * | Formerly Russell County Circuit Court Case No: CV-06-224 |
| Defendant. | * | |

**REPORT OF PARTIES' PLANNING MEETING**

1.  Pursuant to Federal Rules of Civil Procedure 26(f), a telephonic meeting was held on August 24, 2006, and was attended by Ryan Wesley Shaw, on behalf of plaintiffs Lumbermen's Underwriting Alliance and Cambridge Integrated Services Group, Inc., as subrogees of Transport Leasing/Contract, Inc. and Hansen & Adkins Auto Transport, and Joshua J. Jackson, on behalf of defendant Emory Lee Young.

2.  Pre-Discovery Disclosures. The parties will exchange by September 15, 2006 the information required by Rule 26(a)(1), Fed. R. Civ. P.

3.  Discovery Plan. The parties jointly propose to the court the following discovery plan:

    a.  Discovery will be needed on the following subjects: (i) liability of the parties; (ii) damages; and (iii) defenses.

    b.  All discovery commenced in time to be completed by March 1, 2007.

      c.      Maximum of 50 interrogatories by each party to any other party. Responses due 30 days after service.

      d.      Maximum of 50 requests for admission by each party to any other party. Responses due 30 days after service.

      e.      Maximum of 15 depositions by plaintiffs and 15 depositions by defendant.

      f.      Each deposition limited to maximum of 8 hours unless extended by agreement of parties.

      g.      Reports from retained experts under Rule 26(a)(2) due:

            (i)      from plaintiffs by December 15, 2006;

            (ii)      from defendant by February 1, 2007.

      h.      Supplementations under Rule 26(e) due within 15 days of acquiring new information responsive to any discovery request.

4.      Other Items.

      a.      The parties do not request a conference with the court before entry of the scheduling order.

      b.      The parties request a pretrial conference in June 2007.

      c.      Plaintiffs should be allowed until November 1, 2006 to join additional parties and to amend the pleadings.

      d.      Defendant should be allowed until December 1, 2006 to join additional parties and to amend the pleadings.

      e.      All potentially dispositive motions should be filed by April 2, 2007. Pursuant to the Court's Rule 26(f) Order, the parties are requesting herein that the deadline for filing dispositive motions be approximately 60 days

prior to the pretrial conference, rather than the customary 90 days. This case involves four (4) nonresident corporations as plaintiffs, and the subject matter of the case is a five-vehicle accident. The parties expect that it will take a fair amount of time to investigate and complete discovery in this case. At the parties' planning meeting, counsel for the plaintiffs and defendant attempted to tailor this report so as to allow ample time for discovery to be completed prior to the deadline for filing dispositive motions, yet also to allow ample time after dispositive motions are filed for responsive and reply briefs, and for this Court to have the opportunity to study the briefs and arguments prior to any hearing on the said dispositive motions.

f.  Settlement cannot be evaluated prior to the completion of discovery.

g.  Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from plaintiffs by May 1, 2007 and from defendant by June 1, 2007.

h.  Parties should have 15 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

i.  This case should be ready for trial by June 25, 2007 and at this time is expected to take approximately 2-3 days.

DATED:    August 24, 2006

- 4 -

| | |
|---|---|
| __/s/ Ryan Wesley Shaw_____ <br> Michael S. Jackson (JAC015) <br> Ryan Wesley Shaw (SHA071) <br> Attorneys for Plaintiff <br> **BEERS, ANDERSON, JACKSON, PATTY & VAN HEEST, P.C.** <br> P.O. Box 1988 <br> Montgomery, AL  36102-1988 <br> Telephone: (334) 834-5311 <br> Facsimile: (334) 834-5362 <br> wshaw@beersanderson.com | ___/s/ Joshua J. Jackson_____ <br> Joshua J. Jackson (JAC072) <br> Christopher J. Hughes (HUG031) <br> Attorneys for Defendant <br> **SAMFORD & DENSON, LLP** <br> P.O. Box 2345 <br> Opelika, AL  36803-2345 <br> Telephone (334) 745-3504 <br> Facsimile (334) 745-3506 <br> jackson@samfordlaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                    ___/s   Joshua J. Jackson_____ <br>
                                                    Of Counsel