**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LUMBERMAN'S UNDERWRITING ALLIANCE and CAMBRIDGE INTEGRATED SERVICES GROUP, INC. as Subrogees of TRANSPORT LEASING/ CONTRACT, INC.; HANSEN & ADKINS AUTO TRANSPORT,** | * * * * * * * | |
| **Plaintiffs,** | * * | |
| vs. | * * | 3:06-CV-645-MEF |
| **EMORY LEE YOUNG** an individual, | * * * | |
| **Defendants.** | * | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

TO:   Ms. Debra P. Hackett
      Clerk of Court
      U.S. District Court for the Middle District of Alabama
      Via CM/ECF system filing

PLEASE TAKE NOTICE that the following discovery documents have been served on behalf of the Defendant, Emory Lee Young:

1. **Defendant Emory Lee Young's Requests for Production to Plaintiffs**

2. **Defendant Emory Lee Young's Interrogatories to Plaintiffs**

                                                                                                                                         s/ Joshua J. Jackson
                                                                                                                                         Joshua J. Jackson (JAC072)
                                                                                                                                   Attorney for Defendant Emory Lee Young

**OF COUNSEL:**
**SAMFORD & DENSON, LLP**
P.O. Box 2345
Opelika, AL  36803-2345
(334) 745-3504
FAX (334) 745-3506
Email: jackson@samfordlaw.com

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 19, 2006 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael S. Jackson
Ryan Wesley Shaw
Beers, Anderson, Jackson, Patty & Van Heest, P.C.
P.O. Box 1988
Montgomery, AL 36102-1988


                                        /s/ Joshua J. Jackson_____
                                        OF COUNSEL