IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE and CAMBRIDGE INTEGRATED SERVICES GROUP, INC. as Subrogees of TRANSPORT LEASING/ CONTRACT, INC.; HANSEN & ADKINS AUTO TRANSPORT, | * * * * * * | |
| Plaintiffs, | * * | |
| vs. | * * | Civil Action No.3:06-CV-645-MEF |
| EMORY LEE YOUNG an individual, | * * * | Formerly Russell County Circuit Court Case No: CV-06-224 |
| Defendants. | * | |

**JOINT MOTION TO EXTEND CERTAIN DEADLINES
AND AMEND SCHEDULING ORDER**

COMES NOW the defendant, Emory Lee Young, with the consent of the plaintiffs, and respectfully moves this Court to extend certain deadlines and amend the scheduling order in this case. As grounds therefor, the defendant states as follows:

1. This Court's scheduling order set the following dates and deadlines:

    a. Discovery cutoff: February 9, 2007;

    b. Deadline for dispositive motions and plaintiffs' deadline to disclose experts: February 23, 2007;

    c. Face-to-face settlement conference and defendant's deadline to disclose experts: March 23, 2007;

    d. Exchange witness and exhibit lists, discovery for use at trial: May 16, 2007;

    e. Pretrial conference: May 24, 2007;

    f.  Trial: June 25, 2007.

  2.  The parties have worked diligently in discovery to date. Numerous subpoenas have been issued and documents have been received in response to the same. This defendant has served interrogatories and requests for production to the plaintiffs. The deposition of the investigating Alabama State Trooper is set for next week, January 24, 2007 in Dothan. The depositions on James John (the injured employee for whose injuries and benefits the plaintiffs seek subrogation) and other fact witnesses are currently being arranged.

  3.  Despite the best efforts of the undersigned counsel and counsel for the plaintiffs, it appears impossible to complete discovery by the current discovery cutoff date. The parties jointly propose that the scheduling order be amended as follows to allow ample time to complete discovery while keeping time for dispositive motions to be filed and answered well in advance of the pretrial conference:

    a.  Discovery cutoff: March 16, 2007;

    b.  Deadline for dispositive motions and plaintiffs' deadline to disclose experts: April 6, 2007;

    c.  Responses to any dispositive motions due within 4 weeks of service of the dispositive motion (latest possible date: May 4, 2007);

    d.  Reply briefs for any dispositive motions due within 1 week of service of the response to the dispositive motion (latest possible date: May 11, 2007);

    e.  Face-to-face settlement conference and defendant's deadline to disclose experts: May 18, 2007;

    f.  Pretrial conference: remain on May 24, 2007;

    g.  Trial: remain on June 25, 2007.

- 3 -

    4.    Counsel for the plaintiffs have indicated they plan to move the Court to extend the deadline to amend, so as to name a new defendant, namely Louis Berry. The undersigned does not object to this amendment. If the Court allows such an amendment, and the dates provided above become unworkable, the undersigned requests this Court to enter a new scheduling order in light of any such amendment.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that this Court extend those certain deadlines set forth above and amend the scheduling order in this case, as outlined above.

                                          Respectfully Submitted,

                                          /s/ Joshua J. Jackson_____
                                          Joshua J. Jackson (JAC072)

OF COUNSEL:
**SAMFORD & DENSON, LLP**
P. O. Box 2345
Opelika, Alabama 36803-2345
Phone: (334) 745-3504
Facsimile: (334) 745-3506

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael S. Jackson
Ryan Wesley Shaw
Beers, Anderson, Jackson, Patty & Van Heest, P.C.
P.O. Box 1988
Montgomery, AL  36102-1988


        /s/   Joshua J. Jackson_____
        OF COUNSEL