IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE, *et al.*, ) ) ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-cv-645-MEF |
| ) | |
| EMORY LEE YOUNG, ) ) | |
| Defendant. ) | |

# **O R D E R**

It is hereby ORDERED that a status conference will be held on February 2, 2007 at 8:30 A.M. by conference call arranged by counsel for the plaintiffs.

DONE this the 26th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE