IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 3:06-cv-645-MEF |
| EMORY LEE YOUNG, | ) ) | |
| Defendant. | ) | |

# **O R D E R**

This cause came before the Court at a status conference on February 2, 2007. Upon consideration, it is hereby ORDERED that:

(1) Plaintiff's Motion for Leave to Amend to Add a Party (Doc. # 11), filed January 23, 2007, is GRANTED;

(2) all deadlines set out in the Uniform Scheduling Order (Doc. # 5), filed August 25, 2006, are SUSPENDED;

(3) the parties shall file an amended Rule 26(f) report upon appearance of counsel for Defendant Berry;

(4) the Joint Motion to Extend Certain Deadlines and Amend Scheduling Order (Doc. # 10), filed January 19, 2007, is DENIED as moot; and

(5) the Court encourages the parties, if possible, to expedite the exchange of discovery already conducted in hopes that this case can be reset back on the Court's June 25, 2007 Eastern Division of the Middle District of Alabama docket.

DONE this the 2nd day of February, 2007.


                                                  /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE