| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Lou Berry_   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>LOUIS  BERRY   2/7/07 |
| 1. Article Addressed to:<br><br>Louis Berry<br>515 Bethany Schoolhouse Rd.<br>Saluda, SC 29138<br><br>06cv645  S+Amd Cmp | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☒ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 0810 0004 9365 0654 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |