IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE, et al., | ) ) ) | |
| Plaintiffs | ) ) | |
| vs. | ) ) | Civil Action No.: 3:06-CV-645-MEF |
| LOUIS BERRY, et al. | ) ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION TO DISMISS**

**COMES NOW** the Defendant, Louis Berry, and moves this Honorable Court to dismiss the claims against him with prejudice as raised in the plaintiffs' amended complaint, separately and severally, and as grounds therefore states as follows:

**BRIEF OVERVIEW**

This case arises out of a motor vehicle accident which occurred on July 15, 2004 (See plaintiffs' complaint). The case was originally filed in state court in Russell County, Alabama on June 22, 2006 against defendant Emory Lee Young as the lone defendant. The plaintiffs alleged in the complaint that an "unidentified driver" one car ahead of the plaintiffs' insured (James John ("John")) made a sudden left turn. The plaintiffs further alleged that this defendant, Berry, who was operating the vehicle immediately ahead of John and behind the car turning left, had to "quickly apply his brakes." As Berry's vehicle came to a stop, John braked but lost control and hit Berry in the rear. John's vehicle was then struck from behind by defendant Young according to the plaintiffs' complaint. The plaintiffs alleged that Johns was injured as a result of being struck by Young. The plaintiffs alleged further in their complaint that they paid out insurance benefits for John's medical

bills and other expenses and the plaintiffs in their compliant sought recovery for same. The plaintiffs alleged that the damages sustained resulted from the wrongful conduct of Young.

According to the case action summary, this case was removed from state court to this Court by a Notice of Removal filed by Young on or about July 20, 2006. A scheduling order was entered on or about August 25, 2006. That order included a deadline for amending the pleadings of November 10, 2006.

This defendant (Berry) was sued in this matter by way of an amended complaint filed on February 2, 2007. The plaintiffs allege in their amended complaint, contrary to the set of facts contained in their original complaint, that Berry came to a sudden stop in the road because he saw a "woman walking along US 280 wearing short shorts." The remainder of the plaintiffs' allegations are consistent with the original complaint, namely that John could not stop in time before hitting Berry in the rear and then John was struck in the rear by Young.

## ARGUMENT

The statute of limitations for this motor vehicle accident expired on **July 15, 2006**. (Ala. Code § 6-2-38 (l)). The amended complaint was not filed until **February 2, 2007**. The plaintiffs failed to name any fictitious parties in their *original* complaint. Even had they done so, such would not apply to this defendant as this defendant's identity was known to the plaintiffs as evidenced by the mention of Berry in the original complaint. (See, e.g., *Pearson v. Brooks*, 883 So. 2d 185 (Ala. 2003). Nothing in this matter would allow for any extension of the statute of limitations to a date that would include the date the amended complaint was filed, nor is there anything that would allow the amended complaint to relate back to the time of the original filing. Additionally, the plaintiffs failed to amend their pleading within the time frame prescribed by this Court in the scheduling order. As such, the plaintiffs' claims against this defendant are due to be dismissed.

This defendant further, without waiver, asserts the following: (1) the applicable statute of limitations; (2) laches; (3) waiver; and (4) estoppel.

WHEREFORE, the defendant, Louis Berry, respectfully requests that this Court dismiss all claims against this defendant for the reasons set forth herein.

**ORAL ARGUMENT REQUESTED**

s/Patrick R. Norris
Patrick R. Norris
asb-3835-s81p
Attorney for defendant

OF COUNSEL:

McDANIEL, BAINS & NORRIS, P.C.
Two Metroplex Drive
Suite 504
Birmingham, Alabama  35209-6812
(205) 871-1811

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 1st day of March, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Michael S. Jackson
Ryan Wesley Shaw
Beers, Anderson, Jackson,
 Patty, Van Heest, & Fawal, P.C.
250 Commerce Street, Suite 100
Montgomery, Alabama 36102

Joshua J. Jackson
Samford & Denson, LLP
Post Office Box 2345
Opelika, Alabama 36803-2345

s/Patrick R. Norris
Of Counsel