IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE, *et al.*,  )<br>)<br>Plaintiffs,   )<br>v.   )<br>)<br>EMORY LEE YOUNG,   )<br>)<br>Defendant.   ) | CASE NO. 3:06-cv-645-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #17) filed on March 1, 2007, it is hereby ORDERED

1. That the plaintiff file a response which shall include a brief and any evidentiary materials on or before March 21, 2007.

2. The defendant may file a reply brief on or before March 28, 2007.

DONE this the 7th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE