IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE, *et al.,* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>EMORY LEE YOUNG, )<br>)<br>Defendant. ) | CASE NO. 3:06-cv-645-MEF |

## **O R D E R**

Upon consideration of the plaintiff's Second Motion to Amend/Correct (Doc. #22) filed on April 4, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 5th day of April, 2007.

                                         /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE