**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **LUMBERMAN'S UNDERWRITING ALLIANCE**, as Subrogee of **TRANSPORT LEASING/CONTRACT, INC.; HANSEN & ADKINS AUTO TRANSPORT,** | * * * * * * | |
| Plaintiff, | * * | **3:06-CV-645-MEF** |
| vs. | * * | |
| **EMORY LEE YOUNG** an individual, | * * * | **Formerly Russell County Circuit Court Case No.: CV-06-224** |
| Defendant. | * | |

**PLAINTIFF'S CORPORATE/CONFLICT DISCLOSURE STATEMENT**

COMES NOW Plaintiff, Lumberman's Underwriting Alliance, as Subrogee of Transport Leasing/Contract, Inc.; Hansen & Adkins Auto Transport (hereinafter "Plaintiff"), and in accordance with the Order of this Court, the undersigned parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Lumberman's Underwriting Alliance:

Lumberman's Underwriting Alliance is an Inter-Insurance Exchange in which members, known as Subscribers, exchange risk. It is an unincorporated association. The Attorney-In-Fact for this Inter-Insurance Exchange, U.S. Epperson Underwriting Company is a closely-held private corporation. LIG Insurance Agency, Inc. was created to obtain insurance coverages for Subscribers that are not available directly from the Exchange. It is also a closely-held private corporation.

Transport Labor Contract/Leasing, Inc.:

    The following are subsidiaries of Transport Labor Contract/Leasing, Inc.:

Transport Leasing/Contract, Inc.; Payroll Plus Corporation; The Labor Source, Inc.; ATS, Inc.; Midwestern Personnel Services, Inc.; American Executive Leasing, Inc.; ATS of Georgia, Inc.; Associated Transportation Services, Inc.; and Associated Companies, Inc.

Hansen & Adkins Auto Transport:

    Hansen & Adkins Auto Transport also does business as Hansen Auto Transport. There is a division in the western United States known as Harbor Auto Transport.

    /s/ Ryan Wesley Shaw

**MICHEAL S. JACKSON [ASB-8173-078M]**
**RYAN WESLEY SHAW [ASB-2475-Y83S]**
**Attorneys for Plaintiff**

**OF COUNSEL**:
BEERS, ANDERSON, JACKSON,
  PATTY, VAN HEEST & FAWAL, P.C.
250 Commerce Street, Suite 100
P.O. Box 1988
Montgomery, Alabama 36102
(334) 834-5311    Phone
(334) 834-5362    Facsimile

### CERTIFICATE OF SERVICE

    I hereby certify that on April 9, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Joshua J. Jackson, Esq. | Patrick Norris, Esq. |
| SAMFORD & DENSON, LLP | MCDANIEL, BAINS & NORRIS, P.C. |
| P.O. Box 2345 | Two Metroplex Drive |
| Opelika, Alabama 36803-2345 | Suite 504 |
| | Birmingham, Alabama 35209-6812 |

    /s/ Ryan Wesley Shaw
**OF COUNSEL**