IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE, et al., | ) ) ) |
| Plaintiffs | ) ) |
| vs. | ) ) Civil Action No.: 3:06-CV-645-MEF |
| LOUIS BERRY, et al. | ) ) ) |
| Defendants. | ) |

## DEFENDANT'S MOTION TO DISMISS

**COMES NOW** the Defendant, Louis Berry, and in response to the plaintiff's second amended complaint adopts its motion to dismiss, as if fully and completely set out herein, previously filed in response to the plaintiff's amended complaint.

s/Patrick R. Norris
Patrick R. Norris
asb-3835-s81p
Attorney for defendant

OF COUNSEL:

McDANIEL, BAINS & NORRIS, P.C.
Two Metroplex Drive
Suite 504
Birmingham, Alabama  35209-6812
(205) 871-1811

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 9th day of May, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Michael S. Jackson
Ryan Wesley Shaw
Beers, Anderson, Jackson,
 Patty, Van Heest, & Fawal, P.C.
250 Commerce Street, Suite 100
Montgomery, Alabama 36102

Joshua J. Jackson
Samford & Denson, LLP
Post Office Box 2345
Opelika, Alabama 36803-2345

                                                   s/Patrick R. Norris
                                                 Of Counsel