IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **LUMBERMAN'S UNDERWRITING ALLIANCE as a Subrogee of TRANSPORT LEASING/CONTRACT, INC.; HANSEN & ADKINS AUTO TRANSPORT,** | * * * * * * | |
| Plaintiffs, | * * | |
| vs. | * * | 3:06-CV-645-MEF |
| **EMORY LEE YOUNG** an individual, | * * * | |
| Defendant. | * | |

## ANSWER TO SECOND AMENDED COMPLAINT

COMES NOW Defendant Emory Lee Young, and in response to the Plaintiff's Second Amended Complaint makes the defenses set forth below:

### FIRST DEFENSE

1. Defendant states that by information and belief the allegations of paragraph 1 of the Second Amended Complaint are true.

2. Defendant states that by information and belief the allegations of paragraph 2 of the Second Amended Complaint are true.

3. Defendant states that by information and belief the allegations of paragraph 3 of the Second Amended Complaint are true.

4. Defendant admits the allegations of paragraph 4 of the Second Amended Complaint.

5. Defendant admits the allegations of paragraph 5 of the Second Amended Complaint, but denies that the allegations of paragraph 5 are material or admissible in this action.

6. This Defendant is without information to admit or deny the allegations or paragraph 6 of the Second Amended Complaint.

7. This Defendant is without information to admit or deny the allegations or paragraph 7 of the Second Amended Complaint.

8. Paragraph 8 of the Second Amended Complaint requires no response.

9. Defendant states that by information and belief, the allegations of paragraph 9 of the Second Amended Complaint are true.

10. Defendant is without information to admit or deny the allegations of paragraph 10 of the Second Amended Complaint.

11. Defendant is without information to admit or deny the allegations of paragraph 11 of the Second Amended Complaint.

12. Defendant states that, by information and belief, Mr. John collided into Louis Berry's tractor trailer as stated in paragraph 12 of the Second Amended Complaint.

13. Defendant admits he was involved in a motor vehicle accident with Mr. John on July 15, 2004 on U.S. Highway 80 in Russell County, Alabama. Defendant denies the remaining allegations of paragraph 13 of the Second Amended Complaint and demands strict proof thereof.

14. Defendant admits the allegations of paragraph 14 of the Second Amended Complaint.

15. Defendant denies the allegations of paragraph 15 of the Second Amended Complaint and demands strict proof thereof.

16. Defendant is without information to admit or deny the allegations of paragraph 16 of the Second Amended Complaint.

17. Paragraph 17 of the Complaint requires no response.

18. Defendant denies the allegations of paragraph 18 of the Second Amended Complaint and demands strict proof thereof.

19. Paragraph 19 of the Second Amended Complaint is not directed to this Defendant.

20. Defendant admits he had a duty to operate his vehicle in a safe manner and at a safe speed and distance behind vehicles in front of him, and Defendant fulfilled that duty at all times relevant to this case.

21. Paragraph 21 of the Second Amended Complaint is not directed to this Defendant.

22. Defendant denies the allegations of paragraph 22 of the Second Amended Complaint and demands strict proof thereof.

23. Defendant denies the allegations of paragraph 23 of the Second Amended Complaint and demands strict proof thereof.

24. Defendant is without information to admit or deny the allegations of paragraph 24 of the Second Amended Complaint.

### SECOND DEFENSE

Defendant denies each and every material allegation of the Second Amended Complaint not expressly admitted herein, and demands strict proof thereof.

### THIRD DEFENSE

Defendant Emory Lee Young adopts and incorporates the responses and affirmative defenses contained in his Answer to the original Complaint as if set forth herein in full.

Respectfully submitted this the __11th__ day of May, 2007.

        /s Joshua J. Jackson
Joshua J. Jackson
ASB-8286-U79J
Attorney for Defendant Emory Lee Young

OF COUNSEL:
**SAMFORD & DENSON, LLP**
P.O. Box 2345
Opelika, AL 36803-2345
Telephone (334) 745-3504
Facsimile (334) 745-3506
jackson@samfordlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Michael S. Jackson
Ryan Wesley Shaw
Beers, Anderson, Jackson, Patty & Van Heest, P.C.
P.O. Box 1988
Montgomery, AL 36102-1988

Patrick R. Norris
McDaniel, Bains & Norris, P.C.
Two Metroplex Drive
Suite 504
Birmingham, AL 35209-6812

        /s Joshua J. Jackson
        OF COUNSEL