IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **LUMBERMAN'S UNDERWRITING ALLIANCE, as Subrogee of TRANSPORT LEASING/CONTRACT, INC.; HANSEN & ADKINS AUTO TRANSPORT,** | * * * * * * | |
| Plaintiff, | * * | |
| vs. | * * | 3:06-CV-645-MEF |
| **EMORY LEE YOUNG, et al.** | * * | **Formerly Russell County Circuit Court Case No.: CV-06-224** |
| Defendant. | * | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff, Lumberman's Underwriting Alliance, as Subrogee of Transport Leasing/Contract, Inc.; Hansen & Adkins Auto Transport (hereinafter "Plaintiff") and respectfully moves this Court to dismiss with prejudice the pending case for the following reason:

1)   Plaintiff and Defendants have settled this matter to the satisfaction of each party.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests that this Court dismiss this action with prejudice.

　　　　　　　　　　　　　　　　　　　　　　/s/ Ryan Wesley Shaw
　　　　　　　　　　　　　　　　　　　　**MICHEAL S. JACKSON [ASB-8173-078M]**
　　　　　　　　　　　　　　　　　　　　**RYAN WESLEY SHAW [ASB-2475-Y83S]**
　　　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff**

**OF COUNSEL**:
BEERS, ANDERSON, JACKSON,
 PATTY & FAWAL, P.C.
250 Commerce Street, Suite 100
P.O. Box 1988
Montgomery, AL 36102
(334) 834-5311   Phone
(334) 834-5362   Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Joshua J. Jackson, Esq. | Patrick Norris, Esq. |
| SAMFORD & DENSON, LLP | MCDANIEL, BAINS & NORRIS, P.C. |
| P.O. Box 2345 | Two Metroplex Drive |
| Opelika, Alabama 36803-2345 | Suite 504 |
| | Birmingham, Alabama 35209-6812 |

   /s/ Ryan Wesley Shaw
**OF COUNSEL**